# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Randall, et al., | No. CV-15-01594-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Autovest LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal with prejudice, (Doc. 27), and good cause appearing,

**IT IS ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

Dated this 21st day of April, 2016.

Douglas L. Rayes
United States District Judge